IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT WICHITA, KANSAS

| | |
|---|---|
| CHRISTOPHER WALKER, INDIVIDUALLY AND M.W., A MINOR, BY AND THROUGH HER NATURAL PARENT AND GUARDIAN, CHRISTOPHER WALKER, <br><br> Plaintiffs, <br> vs. <br><br> ECH TRANSPORT, LLC <br><br> Defendant. | Case No. 2020 CV |

## COMPLAINT

Plaintiff Christopher Walker, individually and M.W., a Minor, by and through her natural parent and guardian Christopher Walker, by and through their attorneys Lindsay T. Grantham and Dustin L. DeVaughn of DeVaughn James Injury Lawyers, alleges and states the following:

### A. PARTIES

1. Plaintiff Christopher Walker is a citizen of Wichita, Kansas and resides at 4040 S. Ellis Street, Wichita, Kansas 67216. Plaintiff M.W. is a minor and citizen of Wichita, Kansas.

2. Defendant, ECH Transport, LLC, is a limited liability company registered in Oklahoma. Pursuant to its Articles of Organization, this limited liability company's sole member is Efren Chavez who is a citizen of Oklahoma. Defendant ECH Transport, LLC may be served with process through its Registered Agent, Efren Chavez, at 303 S 5th Street, Kingfisher, Oklahoma 73750.

### B. JURISDICTION AND VENUE

3. This Court has jurisdiction over the persons and subject matter.

4. Venue is proper in the Wichita division of the Kansas District Court of the Federal District Court.

5. The collision took place in Sedgwick County, Kansas on February 12, 2020.

6. This action is brought pursuant to 28 U.S.C. Section 1332(a) on the basis of diversity of citizenship. The matter is in excess of the sum of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest and costs.

## C. NATURE OF ACTION

7. This is a personal injury action arising out of a motor vehicle and tractor trailer collision between a vehicle driven by Plaintiff's father and a tractor trailer operated and driven by Ramon Cruz Alonso as an agent or employee of defendant ECH Transport, LLC.

## D. ALLEGATIONS OF NEGLIGENCE AND NEGLIGENCE PER SE

8. At all times relevant herein, Ramon Cruz Alonso was an employee and/or agent of Defendant, ECH Transport LLC, and was acting in the course and scope of his employment or agency with Defendant, ECH Transport LLC.

9. Ramon Cruz Alonso was hired, qualified, supervised, and trained by ECH Transport LLC.

10. On or about February 12, 2020, at approximately 6:51 p.m., Ramon Cruz Alonso was operating a tractor trailer in the course and scope of his employment or agency with ECH Transport LLC and negligently caused a collision with the plaintiff.

11. M.W.'s father was driving westbound on Macarthur Road with a green light when Ramon Cruz Alonso negligently failed to stop at a red traffic light on Seneca Street causing a collision with plaintiffs.

12. ECH Transport LLC is a motor carrier and operating under authority through the

United States Department of Transportation with an assigned D.O.T. number of 01228355.

13. The semi-trailer truck being operated by Ramon Cruz Alonso was owned, maintained, dispatched, supervised, controlled and repaired by ECH Transport LLC and was used as a commercial motor vehicle in both intrastate and interstate business making it subject to the Federal Motor Carrier Safety Administration regulations under 49 C.F.R. Sections 381 et. Seq.

14. 49 C.F.R. § 390.3(e)(1) & (2) provide that every driver and employee shall be instructed regarding and shall comply with all applicable regulations contained in the FMCSR.

15. 49 C.F.R. § 390.5 provides that "motor carrier" means a for-hire motor carrier or a private motor carrier. That term includes a motor carrier's agents, officers, and representatives as well as employees responsible for hiring, supervising, training, assigning, or dispatching of drivers.

16. ECH Transport LLC was at all material times a "motor carrier" and an "employer" of its driver Ramon Cruz Alonso in regard to the operation of a commercial motor vehicle as defined in 49 C.F.R. §382.107.

17. The actions and omissions of Defendants Ramon Cruz Alonso and ECH Transport LLC, (both independently and through driver Ramon Cruz Alonso under Respondeat Superior and Vicarious Liability) were negligent and careless for the following reasons:

   a. Failure to keep a proper lookout;
   b. Failure to be attentive;
   c. Failure to yield;

    d. Failure to stop at a stop light;

    e. Failure to obey traffic controls;

    f. Failure to maintain control of the vehicle;

    g. Failure to exercise ordinary care;

    h. Operation of a commercial motor vehicle in a reckless or careless manner; and,

    i. Operation of a commercial motor vehicle without first ascertaining that movement could have been safely made.

18. The post-crash inspection report completed by Kansas Highway Patrol revealed thirteen violations, including:

    a. Failure to stop at a red traffic signal;

    b. 3,700 pounds over the legal weight limit;

    c. Brakes out of service – 2 out of 10 brakes out of adjustment/defective;

    d. Driver could not read or speak the English language sufficiently to respond to official inquiries (couldn't communicate was he was hauling, where he came from, or where he was going);

    e. Inadequate floor conditions (hole near driver's seat);

    f. Inoperative/defective brakes (axle 3 left);

    g. Tire tread depth less than 4/32 of an inch (axle 4 right side);

    h. Tire tread depth less than 2/32 of an inch (axle 5 right side);

    i. Clamp or roto type brake out of adjustment (axle 4 left); and

    j. CMV manufactured after 10/19/1994 has an automatic airbrake adjustment system that fails to compensate for wear.

19. Defendant ECH Transport LLC's violations of the Kansas Corporation Commission's regulation of motor carriers and constitute negligence per se.

20. The negligence of Defendant, ECH Transport LLC., and its employee/agent Ramon Cruz Alonso, proximately caused the collision and the personal injuries and damages of Plaintiffs.

21. As a result of defendants' negligence, plaintiff sustained serious bodily injury, medical expenses, lost wages and has incurred non-economic damages such as pain and suffering.  Furthermore, plaintiff reasonably expects to incur future medical expenses, future lost wages and future non-economic damages such as pain and suffering.

WHEREFORE, Plaintiff prays for judgment against defendants in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), for costs herein, and for such other and further relief as the Court deems just and equitable.

### E.  PUNITIVE DAMAGES

22. Plaintiffs incorporate by reference each of the allegations contained in the preceding paragraphs of this Complaint.

23. Defendant ECH Transport LLC knew or should have known that its employee or agent Ramon Cruz Alonso was not qualified to operate the commercial motor vehicle involved in this collision.  This constitutes gross negligence and the wanton disregard for the safety of others.

24. Defendant ECH Transport LLC's failure to maintain the safe condition of its tractor trailer and allowing the condition to be so defective that thirteen (13) separate D.O.T. violations were found following the collision constitutes gross negligence and the wanton disregard for the safety of others.

25. Defendant ECH Transport LLC's conduct constitutes a reckless disregard for the safety and rights of others.

26. As a result of defendant ECH Transport LLC.'s gross negligence and reckless disregard for the rights and safety of others, M.W. sustained serious personal injuries.

WHEREFORE, plaintiffs request punitive damages consistent with K.S.A. 60-3701(e).

>Respectfully submitted,
>
>DeVaughn James Injury Lawyers
>
>By: /s/ Lindsay T. Grantham
>   Lindsay T. Grantham, #27191
>   lgrantham@devaughnjames.com
>   Dustin L. DeVaughn, #16559
>   ddevaughn@devaughnjames.com
>   32441 N. Toben
>   Wichita, KS 67226
>   [p] (316) 977-9999
>   [f] (316) 425-0414
>   *Attorneys for Plaintiffs*

## **DEMAND FOR PRETRIAL CONFERENCE AND JURY TRIAL**

Plaintiffs demand a pretrial conference and trial by a jury in this matter.

## **DESIGNATION FOR PLACE OF TRIAL**

Plaintiffs designate Wichita, Kansas as the place for trial of this matter.

>By: /s/ Lindsay T. Grantham
>   Lindsay T. Grantham, #27191
>   lgrantham@devaughnjames.com
>   Dustin L. DeVaughn, #16559
>   ddevaughn@devaughnjames.com
>   32441 N. Toben
>   Wichita, KS 67226
>   [p] (316) 977-9999
>   [f] (316) 425-0414
>   *Attorneys for Plaintiffs*