IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF KANSAS
AT WICHITA, KANSAS

CHRISTOPHER WALKER,
INDIVIDUALLY AND M.W.,
A MINOR, BY AND THROUGH
HER NATURAL PARENT AND
GUARDIAN, CHRISTOPHER WALKER,

      Plaintiffs,

vs.                                      Case No.     6:20-CV-01321

ECH TRANSPORT, LLC

      Defendant.

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, Christopher Walker, individually and as the natural parent and guardian of M.W., a minor, and pursuant to Rule 41(a)(1)(A)(ii) hereby voluntarily dismisses the Complaint without prejudice toward the bringing of another action.

The costs of this action shall be borne by the parties that incurred them.

Respectfully submitted,

/s/ Jeffrey A. Wilson
Dustin L. DeVaughn, #16559
Jeffrey A. Wilson, # 26527
Lindsay T. Grantham, # 27191
DEVAUGHN JAMES
3241 N. Toben Street
Wichita, KS  67226
(316) 888-8888/FAX: (316) 425-0414
ddevaughn@devaughnjames.com
jeffwilson@devaughnjames.com
lgrantham@devaughnjames.com
ATTORNEYS FOR PLAINTIFF

Approved:


/s/ *Matthew W. Greenberg*

_____
Brette S. Hart                              #22452
Matthew W. Greenberg              #26051
HARRIS & HART, LLC
9260 Glenwood Street
Overland Park, Kansas 66212
(913) 213-6980/FAX (913) 213-6991
bhart@harrisandhart.com
mgreenberg@harrisandhart.com
ATTORNEYS FOR DEFENDANT

2